NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1386

VIZIO, INC., AMTRAN TECHNOLOGY CO., LTD.,
TPV TECHNOLOGY LTD., TPV INTERNATIONAL (USA), INC.,
TOP VICTORY ELECTRONICS (TAIWAN) CO., LTD.,
and ENVISION PERIPHERALS, INC.,

Appellants,

v.

INTERNATIONAL TRADE COMMISSION,

Respondent.

On appeal from the United States International Trade Commission in
Investigation No. 337-TA-617.

ON MOTION

Before BRYSON, Circuit Judge.

## O R D E R

Vizio, Inc. et al. (Vizio) move for a stay, pending appeal, of the limited exclusion order (LEO) and cease and desist orders entered by the United States International Trade Commission on April 10, 2009.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)   Any response from Funai Electric Co., Ltd. or the International Trade Commission is due no later than June 15, 2009.

(2)     The LEO and cease and desist orders are temporarily stayed with respect to the above-named parties pending receipt of any responses and consideration by the court of the papers.

(3)     Pending further order of this court, the "bonding" provisions of the LEO (paragraph 2) and the cease and desist order (Part XI) will continue in effect as to all covered products with respect to the above-named parties.

FOR THE COURT

JUN 1 0 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:     Gregory A. Castanias, Esq.
Mark A. Samuels, Esq.
G. Brian Busey, Esq.
Daniel E. Valencia, Esq.
Brian Koo, Esq.

s17

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 1 0 2009

JAN HORBALY
CLERK